7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Robert Lynn Rogers and Cameron Diane Rogers
*Debtor*

*Bankruptcy Case No.*
14–30113–can7

**Norman Rouse**
    Plaintiff(s)

*Adversary Case No.*
14–03010–can

v.

**William Masoner**
    Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton, United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that the transfer of the 2003 Harley Davidson Motorcycle, VIN 1HD1FCW153Y642318 to the Defendant, William Masoner is void and that said motorcycle is owned by the Debtor, Robert Lynn Rogers, and is an asset of the bankruptcy estate.



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
     Deputy Clerk

Date of issuance: 9/11/14

Court to serve